FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2020

No. 04-20-00108-CR

Genene **JONES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR5730
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant's first motion for an extension of time to file her brief is GRANTED. Appellant's brief is due on or before **November 16, 2020.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court